IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JENNIFER TRAFFORD**                                                          **PLAINTIFF**

V.                              **CASE NO. 4:10CV00937 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

Plaintiff Jennifer Trafford's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 26th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE